No. 14,619.

ROCKY MOUNTAIN FUEL COMPANY *v.* INDUSTRIAL
COMMISSION.

(96 P. [2d] 416)

Decided November 13, 1939.   Rehearing denied December 4, 1939.

Mr. ALBERT L. VOGL, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. FRANK
A. BRUNO, Assistant, for defendant in error.

Mr. SAMUEL D. MENIN, Mr. FRANK F. DOLAN, amici
curiae.

*In Department.*

MR. CHIEF JUSTICE HILLIARD delivered the opinion of
the court.

OTHER than as to identity of the claimant, Brierly here,
Stottman there, in essential particulars the record on
this review parallels that in No. 14618, of identical title,
decided this day, 105 Colo. 220, 96 P. (2d) 413. On au-
thority of that decision, and that corresponding orders
may be entered, let the judgment be reversed.

MR. JUSTICE YOUNG and MR. JUSTICE KNOUS concur.